# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00742-CV

---

**In re Dawn Kirby**

---

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the motion for emergency relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: September 30, 2025